An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS Z. RODRIGUEZ A/K/A JESUS ZACARIAS RODRIGUEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62562

FILED

MAY 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to modify sentence or withdraw the guilty plea. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Appellant's counsel has filed a motion to voluntarily withdraw of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal and, having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13- 13734

cc:    Hon. James M. Bixler, District Judge
David E. Walters
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Jesus Z. Rodriguez